UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PATINO-GARCIA, | 1:13-cv-01371-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION |
| v. | TO PROCEED IN FORMA PAUPERIS |
| A. GILL, et al., | OR PAY FILING FEE WITHIN 30 DAYS |
| Defendants. | |
| _____/ | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  Plaintiff filed the Complaint commencing this action on August 27, 2013, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  However, Plaintiff did not submit the application on the appropriate form for this court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the court's form for application to proceed in forma pauperis.

2. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  Plaintiff is not required to submit another copy of his prison trust account statement.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 30, 2013**         _____/s/ Gary S. Austin_____
                                   UNITED STATES MAGISTRATE JUDGE