UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PATINO-GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. GILL, et al.,<br><br>　　　　Defendants. | 1:13-cv-01371-GSA-PC<br><br>ORDER RE REQUEST FOR STATUS<br>(Doc. 10.) |

　　　　Jorge Patino-Garcia ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  On August 27, 2013, Plaintiff filed the Complaint commencing this action. (Doc. 1.)  The Complaint now awaits the court's requisite screening.  Plaintiff has requested status of his case. (Doc. 10.)

　　　　The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  As a rule, the court screens complaints in the order in which they are filed and strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending before the court.  In the interest of judicial economy, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff can rest assured that he will receive all orders issued in his case as long as he keeps the court appraised of his current address.

　　　　Plaintiff's request for status, filed on February 26, 2014, is HEREBY RESOLVED.

IT IS SO ORDERED.

　　Dated:　**February 28, 2014**　　　　　　　　**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE